ACCEPTED
03-14-00818-CR
6244301
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 7:29:04 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00818-CR

| | | |
|---|---|---|
| **CLINTON DAVID BECK** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 7:29:04 PM
JEFFREY D. KYLE
Clerk

## STATE'S UNOPPOSED FOURTH & FINAL MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 10 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by indictment with Improper Relationship Between Educator and Student and Online Solicitation of a Minor on April 13, 2011 in the 207th Judicial District Court of Comal County. After pleading guilty to Count II, Improper Relationship Between Educator and Student, the trial court sentenced Appellant to ten years confinement and suspended the sentence for a period of ten years. Appellant was also required to forfeit his teaching license and not apply for any future teaching license in the United States. On September 4, 2014, Appellant filed an Application for Writ of Habeas Corpus under article 11.072 of the Texas Code of Criminal Procedure. After the trial court denied the Application, Appellant

1

appealed. Appellant's brief was submitted on March 20, 2015. Appellee's brief is currently due on July 27, 2015.

## II.

I am handling the appeal for the State in this case. I filed the State's brief in 03-14-00639-CR on July 13, 2015. I have reviewed - and, when required, filed an answer to – expunctions and nondisclosures; within the past two weeks, I have also prepared an expunction petition and order and performed other research related to expunctions. I have recently assisted other attorneys in the office with issues in their appeals, including a trial court hearing on a dispute related to a reporter's record in 03-14-00570-CR and findings of fact and conclusions of law in a remanded State's appeal in 03-15-00153-CR. Additionally, I have assisted other attorneys in the office – and in one instance, an attorney from another county's office – by researching various issues that have arisen in their trials. I am also working on submitting an agreed supplemental copy of State's Exhibit 2 in this cause after noticing the version originally filed with the Court is difficult or impossible to read in some places. I have begun working on the instant brief, including some work over this past weekend. However, because of the foregoing, I have not yet been able to complete said brief, and respectfully request an extension of 10 days to file the State's brief in the instant cause. This is the fourth and final

extension sought by Appellee; I have conferred with opposing counsel, and Ms. Zimmermann does not oppose the instant motion.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 10 days, until August 6, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Third Motion to Extend Time to File Brief* has been delivered to Appellant CLINTON DAVID BECK's attorney in this matter:

Terri R. Zimmermann
Terri.Zimmermann@ZLZSlaw.com
770 South Post Oak Lane, Suite 620
Houston, TX 77056
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address, this 27th day of July, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred or made reasonable attempts to confer with all other parties about the merits of this motion and whether the parties oppose the motion. Ms. Terri R. Zimmermann, Attorney for Appellant CLINTON DAVID BECK, was not opposed to the instant motion.

/s/ Joshua D. Presley
**Joshua D. Presley**